UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCOUNTS RECEIVABLE MANAGEMENT & DATA SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>CABRINI MEDICAL CENTER,<br><br>Defendant. | Civil Action No.<br><br>Civil Action<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, formerly Local General Rule 1.9, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff ACCOUNTS RECEIVABLE MANAGEMENT & DATA SERVICES, INC., a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  NONE

_____
STUART GOLD (SG 4041)

DATED: January 17, 2008