UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ACCOUNTS RECEIVABLE MANAGEMENT & :    STIPULATION
DATA SERVICES, INC.,
                                                       :    CV 08-00482 (HB/AJP)
                  Plaintiff,
                                                       :    (Judge Baer)
      -against-
                                                      :
CABRINI MEDICAL CENTER,
                 Defendant.              :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that the time for Defendant Cabrini Medical Center to answer, move against, or otherwise respond to the Complaint, filed January 18, 2008, is enlarged and extended to and including March 7, 2008. This Stipulation may be signed in counterparts and may be filed with the Court by any party without further notice. For the purposes of this Stipulation, facsimile signatures may be treated as originals.

Dated: Great Neck, New York                            Dated: New York, New York
            February 20, 2008                                                  February 20, 2008

GARFUNKEL, WILD & TRAVIS, P.C.                 MANDELBAUM, SALSBURG, GOLD,
*Attorneys for Defendant*                                              LAZRIS & DISCENZA, P.C.
                                                                    *Attorneys for Plaintiff*

By: _____              By: _____
       Phil C. Chronakis (PC-6714)                                   Stuart Gold (SG-4041)
       Caroline P. Wallitt (CW-2065)

111 Great Neck Road                                                     155 Prospect Avenue
Great Neck, New York 11021                                West Orange, New Jersey 07052
(516) 393-2200                                                            (973) 736-4600
(516) 466-5964 (fax)                                         (973) 325-7467 (fax)

840553v.1

2

**IT IS SO ORDERED:**

_____
  The Honorable Harold Baer, Jr., U.S.D.J.

Dated: _____ ___, 2008