UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Accounts Receivable Management &
Data Services, Inc.

               Plaintiff,

               08 CIVIL 482 (HB)

-against-

Cabrini Medical Center

               Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **CAROLINE PRUCNAL WALLITT**

☐ *Attorney*

☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
**CW-2065**

☐ I am a Pro Hac Vice attorney

☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

From: **Herzfeld & Rubin, P.C.**

To: **Garfunkel, Wild & Travis, P.C.**

☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ Address: **111 Great Neck Road, Suite 503, Great Neck, NY 11021**

☑ Telephone Number: **516-393-2200**

☑ Fax Number: **516-466-5964**

☑ E-Mail Address: **cwallitt@gwtlaw.com**

Dated: 2/20/08                    /s/ CPWallitt