ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ACCOUNTS RECEIVABLE MANAGEMENT & : **STIPULATION**
DATA SERVICES, INC.,
:   CV 08-00482 (HB/AJP)
              Plaintiff,
:   (Judge Baer)
-against-
:
CABRINI MEDICAL CENTER,
:
              Defendant.
----------------------------------------x

RECEIVED FEB 22 2008
U.S. DISTRICT JUDGE S.D.N.Y.

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that the time for Defendant Cabrini Medical Center to answer, move against, or otherwise respond to the Complaint, filed January 18, 2008, is enlarged and extended to and including March 7, 2008. This Stipulation may be signed in counterparts and may be filed with the Court by any party without further notice. For the purposes of this Stipulation, facsimile signatures may be treated as originals.

Dated: Great Neck, New York
February 20, 2008

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant*

By: _____
Phil C. Chronakis (PC-6714)
Caroline P. Wallitt (CW-2065)

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
(516) 466-5964 (fax)

Dated: New York, New York
February 20, 2008

MANDELBAUM, SALSBURG, GOLD,
LAZRIS & DISCENZA, P.C.
*Attorneys for Plaintiff*

By: _____
Stuart Gold (SG-4041)

155 Prospect Avenue
West Orange, New Jersey 07052
(973) 736-4600
(973) 325-7467 (fax)

SO ORDERED:
_____
U.S.D.J.

840553v.1

02/20/2008 WED 14:01 [TX/RX NO 6580] @002