```
                                USDC SDNY
                                DOCUMENT
                                ELECTRONICALLY FILED
                                DOC #: _____
                                DATE FILED: 3/19/08
```

                                                    MAR 2008

                                              HAROLD BAER
UNITED STATES DISTRICT COURT                  U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK                       S.D.N.Y.
- - - - - - - - - - - - - - - - - - - - - - - x
                                               :
ACCOUNTS RECEIVABLE MANAGEMENT &               :  **STIPULATION**
DATA SERVICES, INC.,                           :
                                               :  CV 08-00482 (HB/AJP)
                           Plaintiff,          :
                                               :  (Judge Baer)
        -against-                              :
                                               :
CABRINI MEDICAL CENTER,                        :
                                               :
                           Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that the time for Defendant Cabrini Medical Center to answer, move against, or otherwise respond to the Complaint, filed January 18, 2008, is enlarged and extended to and including March 20, 2008. This Stipulation may be signed in counterparts and may be filed with the Court by any party without further notice. For the purposes of this Stipulation, facsimile signatures may be treated as originals.

Dated: Great Neck, New York            Dated: New York, New York
       March 7, 2008                          March 7, 2008

GARFUNKEL, WILD & TRAVIS, P.C.         MANDELBAUM, SALSBURG, GOLD,
*Attorneys for Defendant*              LAZRIS & DISCENZA, P.C.
                                       *Attorneys for Plaintiff*

By: _____          By: _____
    Phil C. Chronakis (PC-6714)            Stuart Gold (SG-4041)
    Caroline P. Wallitt (CW-2065)

111 Great Neck Road                    155 Prospect Avenue
Great Neck, New York 11021             West Orange, New Jersey 07052
(516) 393-2200                         (973) 736-4600
(516) 466-5964 (fax)                   (973) 325-7467 (fax)

3/15/08

[handwritten note:] I assume that you are to attend a PTC the same day. SO ORDERED Harold Baer USDJ

832211v.1

03/07/2008 FRI 14:10 [TX/RX NO 7226] @002

IT IS SO ORDERED:

_____
The Honorable Harold Baer, Jr., U.S.D.J.

Dated: _____ ___, 2008

852211v.1

2

Endorsement: Be aware that you are to attend a PTC on the same day.