GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant Cabrini Medical Center*
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| ACCOUNTS RECEIVABLE MANAGEMENT & DATA SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CABRINI MEDICAL CENTER, <br><br> Defendant. | **RULE 7.1 CORPORATE** <br> **DISCLOSURE STATEMENT** <br><br><br> Civil Answer No. CV-08-00482 |

------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Cabrini Medical Center, by its attorneys, Garfunkel, Wild & Travis, P.C., certifies that it is a not-for-profit corporation formed under the laws of the State of New York. Cabrini Medical Center has no parent corporation(s), nor is there a publicly held corporation that owns ten percent (10%) or more of any of its stock.

Dated: Great Neck, New York
       March 20, 2008

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant Cabrini Medical Center*

By: _____
    Philip C. Chronakis (PC-6714)
    Caroline P. Wallitt (CW-2065)

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

846870v.1

TO:    Stuart Gold (SG-4041)
       MANDELBAUM, SALSBURG, GOLD, LAZRIS, & DISCENZA, P.C.
       155 Prospect Avenue
       West Orange, New Jersey 07052
       (973) 736-4600

846870v.1