Philip C. Chronakis (PC-6714)
Caroline P. Wallitt (CW-2065)
GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant Cabrini Medical Center*
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

| | |
|---|---|
| ACCOUNTS RECEIVABLE MANAGEMENT & DATA SERVICES, INC., | **CERTIFICATE OF SERVICE** |
| Plaintiff, | No. 08 CV 00482 |
| v. | |
| CABRINI MEDICAL CENTER, | |
| Defendant. | |

-------------------------------------x

    CAROLINE P. WALLITT, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on March 19, 2008, the undersigned served counsel listed below:

    Stuart Gold (SG-4041)
    MANDELBAUM, SALSBURG, GOLD, LAZRIS, & DISCENZA, P.C.
    155 Prospect Avenue
    West Orange, New Jersey 07052

with a Rule 7.1 Corporate Disclosure Statement by dispatching a true copy of same, securely enclosed in a properly-addressed wrapper under the exclusive care and custody of the United States Postal Service.

Dated: Great Neck, New York
       March 19, 2008

                              GARFUNKEL, WILD & TRAVIS, P.C.
                              *Attorneys for Defendant Cabrini Medical Center*

                            By: _____
                                 Philip C. Chronakis (PC-6714)
                                 Caroline P. Wallitt (CW-2065)
                              111 Great Neck Road
                              Great Neck, New York 11021
                              (516) 393-2200

858159v.2