Philip C. Chronakis (PC-6714)
Caroline P. Wallitt (CW-2065)
GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant Cabrini Medical Center*
111 Great Neck Road
Great Neck, New York  11021
(516) 393-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                           :
ACCOUNTS RECEIVABLE MANAGEMENT &                           :    **CERTIFICATE OF SERVICE**
DATA SERVICES, INC.,                                       :
                                                           :
                        Plaintiff,                         :    No. 08 CV 00482
                                                           :
        v.                                                 :
                                                           :
CABRINI MEDICAL CENTER,                                    :
                                                           :
                        Defendant.                         :
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        CAROLINE P. WALLITT, an attorney admitted to practice before the United States
District Court, Southern District of New York, certifies that, on March 19, 2008, the undersigned
served counsel listed below:

        Stuart Gold (SG-4041)
        MANDELBAUM, SALSBURG, GOLD, LAZRIS, & DISCENZA, P.C.
        155 Prospect Avenue
        West Orange, New Jersey 07052

with an Answer and Counterclaim by dispatching a true copy of same, securely enclosed in a
properly-addressed wrapper under the exclusive care and custody of the United States Postal
Service.

Dated: Great Neck, New York
       March 19, 2008

                                GARFUNKEL, WILD & TRAVIS, P.C.
                                *Attorneys for Defendant Cabrini Medical Center*

                                By: _____
                                        Philip C. Chronakis (PC-6714)
                                        Caroline P. Wallitt (CW-2065)
                                111 Great Neck Road
                                Great Neck, New York  11021
                                (516) 393-2200

858159v.1