Philip C. Chronakis (PC-6714)
Caroline P. Wallitt (CW-2065)
GARFUNKEL, WILD & TRAVIS, P.C.
ATTORNEYS FOR DEFENDANT CABRINI MEDICAL CENTER
111 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021
(516) 393-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
ACCOUNTS RECEIVABLE MANAGEMENT &    :   **NOTICE OF APPEARANCE**
DATA SERVICES, INC.                 :
                                    :
           Plaintiff,               :   Docket No. CV-08-00482
                                    :
    vs.                             :
                                    :
CABRINI MEDICAL CENTER              :
                                    :
           Defendant.               :
                                    :
------------------------------------x

PLEASE TAKE NOTICE, that on behalf of Defendant Cabrini Medical Center, the undersigned attorney will appear as counsel of record, and all pleadings, papers and documents required to be served in this action upon the above Defendant should be served upon the undersigned.

Dated: Great Neck, New York
       April 4, 2008

                                        GARFUNKEL, WILD & TRAVIS, P.C.
                                        *Attorneys for Defendant Cabrini Medical Center*

                                        By:  /s/
                                             Philip C. Chronakis (PC-6714)
                                             Caroline P. Wallitt (CW-2065)
                                        111 Great Neck Road
                                        Great Neck, New York 11021
                                        (516) 393-2200

869925v.1

TO:    STUART GOLD (SG-4041)  
        MANDELBAUM, SALSBURG, GOLD, LAZRIS, & DISCENZA, P.C.  
        155 PROSPECT AVENUE  
        WEST ORANGE, NEW JERSEY 07052  
        (973) 736-4600

869925v.1