# MANDELBAUM SALSBURG

**MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA, P.C.**
ATTORNEYS AT LAW
FOUNDED IN 1930

**155 PROSPECT AVENUE**
WEST ORANGE, NJ 07052-4204
TEL. (973) 736-4600 · FAX (973) 243-7992

UNION COUNTY OFFICE
75 ELIZABETH AVENUE
ELIZABETH, NJ 07206
TEL. (908) 353-6764 · FAX (908) 353-6780

MIDDLESEX COUNTY OFFICE
317 GEORGE STREET, SUITE 440
NEW BRUNSWICK, NJ 08901
TEL. (732) 628-0900 · FAX (732) 628-0920

MONMOUTH COUNTY OFFICE
119 MAPLE AVENUE
RED BANK, NJ 07701
TEL. (732) 933-1515 · FAX (732) 933-5551

FLORIDA OFFICE
10304 CROSBY PLACE
PORT ST. LUCIE, FL. 34986
TEL. (772) 460-6356 · FAX (772) 460-6357
E-Mail: rsteinberg_esq@yahoo.com

NEW YORK CITY OFFICE
90 JOHN STREET, SUITE 309
NEW YORK, NY 10038
TEL. (212) 791-7200 · FAX (212) 791-7276

Website: www.msgld.com
E-Mail: sgold@msgld.com

ALL REPLIES TO:   WEST ORANGE
REFERENCE FILE # 16312-005

IRVING MANDELBAUM (1906-1993)
BARRY R. MANDELBAUM
RICHARD M. SALSBURG[1]▶
AVROM J. GOLD
YALE I. LAZRIS
JOHN R. DUSINBERRE
JOSEPH J. DISCENZA+
JOSEPH A. VENA
LYNNE STROBER♦
OWEN T. HUGHES[2]
RICHARD L. SLAVITT[3]
CHARLES S. LORBER
ARTHUR D. GROSSMAN
DEBORAH L. GREENE
ROBERT W. GLUCK
MICHAEL A. SAFFER[3]
STEVEN A. HOLT[1]
MARK F. KLUGER
WILLIAM H. HEALEY[4]
JOSEPH J. PETERS
CRAIG W. ALEXANDER[3]
WILLIAM S. BARRETT[3]
DENNIS J. ALESSI[7]
STUART GOLD[3]
CHERYL H. BURSTEIN[6]
ROBIN F. LEWIS[3]
THOMAS W. ACKERMANN[3]
SHARON T. JACOBSON
DAVID S. CARTON■
ARLA D. CAHILL[8]

- COUNSEL -
ALAN L. SUSSMAN[3]          DEAN T. BENNETT[3]
LISA FACTOR FOX[9]   RICKI ANNE SOKOL[4]   DAVID A. WARD[3]

- OF COUNSEL -
RICHARD H. STEINBERG[2]      HON. ROBERT A. LONGHI (RET.)
MARK BAUMGARTEN              RICHARD I. SIMON[3]
MICHAEL SCHLESINGER          CHARLES E. BAXLEY▼
JOSEPH T. MURRAY▼            JAMES F. BAXLEY

- ASSOCIATES -
MANUEL R. GROVA, JR.         ALONA MAGIDOVA[3]
DEBORAH A. CONCEPCION        ANDREA L. ALEXANDER[6]
GARY S. POPLASKI[3]          LANCE N. OLITT[3]
OWEN J. LIPNICK[3]           PETER H. TANELLA
PHILLIP G. RAY               WHITNEY G. FISHER[7]
YANET P. NOBLE[3]            LAUREN BETTMAN GERSHENGORN
SHARMILA D. IAZZETTI[3]      CHRISTOPHER M. ERB[3]
JUSTIN S. BLACK[3]           CASEY L. CARHART[3]

♦ FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED CIVIL TRIAL ATTORNEY
■ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED MATRIMONIAL LAW ATTORNEY
▶ COURT APPOINTED MEDIATOR              ▼ REGISTERED U.S. PATENT ATTORNEY
1 MEMBER OF NJ & PA BAR                 6 MEMBER OF NJ, NY & FLA BAR
2 MEMBER OF NJ & FL BAR                 7 MEMBER OF NJ, NY & D.C. BAR
3 MEMBER OF NJ & NY BAR                 8 MEMBER OF NJ & ILL BAR
4 MEMBER OF NJ & MA BAR                 9 MEMBER OF NY BAR
5 MEMBER OF NJ, NY & CA BAR

August 21, 2008

**VIA FEDERAL EXPRESS**

Honorable Harold Baer, Jr.
United States District Court
 for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/27/08

Re:   Accounts Receivable Management v. Cabrini Medical Center
      Civil Action No. 08cv0482

Dear Judge Baer:

   I am writing on behalf of plaintiff to request a conference to resolve an outstanding discovery dispute.

   The deadline for completing fact discovery is December 31, 2008. On May 23, 2008 I sent defendant's attorney a set of basic interrogatories, a document request and a deposition notice for two of its employees, Jeanne Haas and Peter Buscemi. Defendant's responses to the interrogatories and the document request were due on June 26, 2008; the depositions were scheduled for early July. I consented to the request by defendant's for an extension of time to respond to the discovery until July 17, 2008. She advised me that the two employees were no longer with defendant. I asked her to provide me with their current addresses so I could subpoena them. I also asked her to have defendant identify a current employee who could be produced for a deposition.

Honorable Harold D. Baer, U.S.D.J.
August 21, 2008
Page 2

On July 18, 2008, defendant's counsel asked for an additional extension, to July 30, 2008. I agreed but advised her that I would not consent to any further extensions. I was leaving for vacation on August 5, 2008 and wanted to have defendant's discovery responses in hand before I left. It is now August 21, 2008 and I have yet to receive any discovery from defendant.

I have exhausted my efforts to resolve this discovery issue by negotiating with defendant's counsel. I am requesting that the Court schedule a conference at its earliest convenience so that there is an order setting the date by which defendant must respond to the long overdue discovery.

Respectfully yours,

Stuart Gold

cc: Caroline Prucnal Wallitt, Esq. – Via Federal Express

*[Handwritten note from Judge Baer:] This is precisely why I leave about adjournments for any length of time. This is enuf for me. W any response from ∆ w/in 10 days to impose if appropriate Rule 37 Sanct. if the discovery is not produced w/in 5 days after I decide the issue, i.e. after receipt of any letter from Caroline. If I don't hear from them you must perform pursuant to Rule 37.*

*SO ORDERED*
*8/27/08*
*Harold Baer, Jr., U.S.D.J.*
*8/27/08*

Endorsement:

    This is precisely why I worry about adjournments for any length of time. This is enough for me with any response from defendant within 10 days to impose if appropriate Rule 37 sanctions if the discovery is not produced within 5 days after I decide the issue, i.e., after receipt of any letter from Cabrini. If I don't hear from them you may submit an order pursuant to Rule 37 September 8, 2008.